UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DANIEL KELLY                                            :        Civil Action No. 07-1619 (WHW)

       Plaintiff(s)

                                                   :

   vs

BOLLINGER INDUSTRIES, et al            :        ORDER OF DISMISSAL

       Defendant(s)              :

It has been reported to the Court that the above-captioned matter has been settled

It is on this   20TH day of February, 2008

**ORDERED** that this action is hereby dismissed without prejudice and without costs, subject to the right of the parties upon good cause shown within 60 days, to reopen the action if the settlement is not consummated.  The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

                                                      S/ William H. Walls